**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6077**

CALVIN LEWIS DAVIS,

Plaintiff - Appellant,

v.

DR. RICHARD O. BROADWELL, III,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:11-ct-03003-FL)

Submitted: August 29, 2013          Decided: September 3, 2013

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin Lewis Davis, Appellant Pro Se. Kelly Street Brown, Martin Rossie Jernigan, Elizabeth Pharr McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lewis Davis appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing his 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Broadwell, No. 5:11-ct-03003-FL (E.D.N.C. Jan. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED